## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| KAYLA WATSON, P.M., M.W., & J.C. LOVE, III, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 2:15-cv-00880-WHA ) (WO) |
| RUSSELL MICHAEL BAILEY & CENTURION-EAGLE AUTO TRANSPORT, INC., | ) ) ) ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of the Joint Stipulation of Dismissal With Prejudice (Doc. #29), it is hereby Ordered that this case is Dismissed with prejudice, costs taxed as paid.

DONE this 27th day of September, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE